FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Lela Sue McCoy**  
Debtor(s)

Case No.  
Chapter **13**

### CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Lela Sue McCoy** | S.S.# **xxx-xx-2547** |
| | (W) | S.S.# |
| ADDRESS: | **1111 McLean Road** | |
| | **Humboldt, TN 38343** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **320.00 bi-weekly PRD** | |
| PAYROLL DEDUCTION: | OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Walmart** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
|---|---|---|---|---|
| **Wells Fargo Home Mortgage** | Ongoing pmt. Begin **March 2014** | | | $ **480.86** |
| | Approx. arrearage **2,404.00** | Interest **0.00** % | | $ **41.00** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Bass & Associates c/o Ecast** | $ **4,978.00** | **7.00** % | $ **100.00** |
| **Credit Central** | $ **435.00** | **7.00** % | $ **10.00** |
| **Wells Fargo Auto Finance  Surrender** | $ | % | $ |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

**\*Wells Fargo Home Mortgage;Autovest LLC;Bank of America (Ducks Unlimited Visa);Citifinancial;GE Money Bank;Humboldt General Hospital;JMCGH;John Deere Credit;Main Street Acquisition Corp;Midland Funding LLC;Security Finance Company of Tennessee;The Jackson Clinic;Walmart - GE Money Bank;**

*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$45,819.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately 60 months.

**Rejected Leases**  
 **-NONE-**:  
**Assumed Leases**  
 **-NONE-**:  
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **Alissa York Gay 024812**  
**Teel & Maroney, PLC**  
**425 East Baltimore**  
**Jackson, TN 38301**  
**(731)424-3315 Fax:(731)424-3501 rlk**